UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SRSNE Site Group, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:12-cv-00443 (VLB) |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Advanced Coatings Co., et al. | ) | Dated August 10, 2012 |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, AMERICAN VALVE, INC.'S**
**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant,

American Valve, Inc., hereby states and makes affidavit that it has no parent

corporation and that no publicly held corporation owns 10% or more of its stock.


I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED

STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.


Date:  August 10, 2012                    Respectfully submitted,
                                          THE DEFENDANT
                                          AMERICAN VALVE, INC.

                                          By: /s/ Bruce H. Raymond
                                          Bruce H. Raymond ct04981
                                          Raymond Law Group LLC
                                          90 National Drive, Suite 3
                                          Glastonbury, CT 06033
                                          P: 860-633-0580
                                          F: 860-633-0438
                                          raymond@raymondlawgroup.com
                                          Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Date:  August 10, 2012                               /s/ Bruce H. Raymond
                                                     Bruce H. Raymond